STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone: (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 20 2000

at __ o'clock and __ min. __ M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR00-00384 HG |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| v. | ) | [21 U.S.C. § 841] |
| | ) | |
| RICHARD FINAU, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

On or about September 16, 2000, in the District of Hawaii, RICHARD FINAU knowingly and intentionally possessed with the intent to distribute a quantity of crystal methamphetamine, to wit, one pound of crystal methamphetamine, a Schedule II controlled substance.

All in violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(A).

DATED: September 20, 2000 at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

United States v. Richard Finau
Indictment
Cr. No. _____

2